**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                                                                     Chapter 13

Rick Hernandez and Elizabeth Hernandez                     No.   10-27080

Debtor                                                               Hon. A. Benjamin Goldgar

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on March 30, 2015, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

_____/s/ Ross Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Kenneth Borcia & Associates and Glenn B. Stearns on March 30, 2015.

_____/s/ Ross Brand_____

Ross Brand ARDC#6294886
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077


**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Rick Hernandez and Elizabeth Hernandez
123 Wildwood Dr.
Round Lake Beach, IL 60073

Glenn B. Stearns
801 Warrenville Road
Lisle, IL 60532

Kenneth Borcia & Associates
Kenneth Borcia & Associates
P.O Box 447
Libertyville, IL 60048